IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RONALD VAUGHN, and                                                              PLAINTIFFS
DEBRA VAUGHN

V.                                                         CIVIL ACTION NO. 1:15-CV-178-SA-DAS

KEN JETER, KEN JETER STORE
EQUIPMENT, INC., KENDRA HOOD, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                              DEFENDANTS

AGREED ORDER OF DISMISSAL

This day came on to be heard, and was heard, the above cause on joint motion of the Plaintiffs and Defendants by and through counsel, to dismiss said claims against separate Defendant, Allstate Property and Casualty Insurance Company, only, without prejudice, all issues having been settled and compromised in full, and the Court having duly considered same, finds that said motion is well taken and should be sustained.

It is, therefore, ORDERED AND ADJUDGED, that the claims against separate Defendant Allstate Property and Casualty Insurance Company are hereby DISMISSED without prejudice.

**SO ORDERED this the 11th day of December, 2015.**

                                                     **/s/   Sharion Aycock**
                                                     **UNITED STATES DISTRICT JUDGE**